IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:24-MJ-023-BU<br>ECF |
| CHRISTOPHER LYNN DRISKILL | |

MOTION FOR PRETRIAL DETENTION
MOTION TO CONTINUE DETENTION HEARING

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. **_Eligibility of Case_**.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4)(C)**, violation of section 1591, or federal crime of terrorism for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(A)).
    \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
    \_\_\_\_\_ A Controlled Substances Act offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
    \_\_\_\_\_ A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
    \_\_X\_\_ A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
    \_\_\_\_\_ A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).
    \_\_X\_\_ A serious risk defendant will flee. (18 U.S.C. § 3142(f)(2)(A)).
    \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

**Motion for Pretrial Detention and Continuance – Page 1**

2. **_Reason for Detention._**  The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

      X   Defendant's appearance as required.
      X   Safety of any other person and the community.

3. **_Rebuttable Presumption._**  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is:

    \_\_\_\_\_ A Controlled Substances Act offense for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(A)).
    \_\_\_\_\_ An offense under Title 18, United States Code, Sections 924(c), 956(a), or 2332b.  (18 U.S.C. § 3142(e)(3)(B)).
    \_\_\_\_\_ A federal crime of terrorism for which the maximum sentence is 10 years or more.  (18 U.S.C. § 3142(e)(3)(C)).
    \_\_\_\_\_ An offense in Chapter 77 of Title 18 (human trafficking) for which the maximum sentence is 20 years or more.  (18 U.S.C. § 3142(e)(3)(D))
    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(2)).
      X   a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)(3)(E)).

4. **_Time for Detention Hearing_**.  The United States requests the Court conduct the detention hearing:

    \_\_\_\_\_ At first appearance.
      X   After continuance of three days.
    \_\_\_\_\_ Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance – Page 2**

5.  ***Eligibility for 10-Day Temporary Detention:*** The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A.  i)_____ The defendant is, and was at the time the offense was committed:

   _____ on release pending trial for a felony under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(i));
   _____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(ii));
   _____ on probation or parole for any offense under federal, state, or local law (18 U.S.C. § 3142(d)(1)(A)(iii)); or

   ii)_____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20) (18 U.S.C. § 3142(d)(1)(B));

B.  And the defendant:

   _____ may flee; or
   _____ pose a danger to any other person or the community.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Matthew L. Tusing*

MATTHEW L. TUSING
Assistant United States Attorney
Indiana State Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 806.271.6700
E-mail: matt.tusing@usdoj.gov